| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Williams, Stephen F | 2. Court or Organization U.S. Court of Appeals, DC Ci | 3. Date of Report 5/15/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Senior Sta | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. Court of Appeals 333 Constitution Avenue, NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2006 MAY 15 A 11:22 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | DC Public Library ●, DC Public Schools ● |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Colorado | Transportation, food and lodging to participate in Silicon Flatirons Program, University of Colorado, February 11-14, 2005, Boulder, CO. |
| 2. | Liberty Fund | Lodging & transportation to participate in Liberty Fund program on The Mystery of Capital, March 17-20, 2005, Arlington Virginia |
| 3. | American Law Institute | Transportation & food to attend ALI Advisers meeting in Philadelphia Sept. 18, 2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

-

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F | 5/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A -H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust # 1 Chase Manhattan (J.P. Morgan mutual funds) N.1 | B | Int/Div | L | T | | | | | |
| 2. Dreyfus S&P 500 Fund | B | Dividend | M | T | | | | | |
| 3. Dreyfus S&P 500 Fund █ | D | Dividend | N | T | | | | | |
| 4. Fidelity OTC █ (IRA) | B | Dividend | M | T | | | | | |
| 5. Fidelity OTC (IRA) | B | Dividend | M | T | | | | | |
| 6. Vanguard Index 500 | C | Dividend | M | T | | | | | |
| 7. Vanguard Prime MM Fund | A | Dividend | J | T | | | | | |
| 8. Vangard Tax-Mgd Gr.&Inc. | B | Dividend | L | T | | | | | |
| 9. Vanguard Index 500 █ | D | Dividend | O | T | | | | | |
| 10. Vanguard Mid-Cap Index | C | Dividend | N | T | | | | | |
| 11. Vanguard Prime MM Fund █ | A | Dividend | J | T | | | | | |
| 12. Vanguard Mid-Cap Index █ | C | Dividend | N | T | | | | | |
| 13. Vanguard Selected Value | C | Dividend | M | T | | | | | |
| 14. Vanguard U.S. Value | C | Dividend | M | T | | | | | |
| 15. Vanguard Selected Value █ | C | Dividend | M | T | | | | | |
| 16. Vanguard U.S. Value █ | C | Dividend | M | T | | | | | |
| 17. Boulder, CO | D | Rent | O | W | | | | | |
| 18. PNC Bank-successor to Riggs █ | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F | 5/15/2006 |

## VII.  INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. TIAA CREF Ret. Annuities | D | Interest | P1 | T | | | | | |
| 20. Nestle | A | Dividend | K | T | | | | | |
| 21. Proctor & Gamble | A | Dividend | K | T | Char. Gift | 12/14 | J | | |
| 22. Questar | A | Dividend | K | T | | | | | |
| 23. Bank of America | B | Dividend | K | T | | | | | |
| 24. Schering Plough | A | Dividend | K | T | | | | | |
| 25. Trust No. 2, BNY (Hamilton Mutual Funds.) N. 2. | A | Dividend | L | T | | | | | |
| 26. Dreyfuss Int'l MM Fund | A | Dividend | J | T | | | | | |
| 27. Ishares Goldman Sachs Nat Res. Index Fund | A | Dividend | J | T | | | | | |
| 28. Prime Money Market N. 3 | A | Dividend | K | T | | | | | |
| 29. Growth Index | A | Dividend | K | T | | | | | |
| 30. 500 Index | B | Dividend | M | T | | | | | |
| 31. Mid-Cap Index | A | Dividend | L | T | | | | | |
| 32. Pacific Stock Index | A | Dividend | K | T | | | | | |
| 33. Total International Stock Index | B | Dividend | L | T | | | | | |
| 34. Vanguard Strategic Equity | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Williams, Stephen F | 5/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. This is a trust established by ██████████ of which I am a life beneficiary.

2. This is a testamentary trust established by ████████ of which I am the life beneficiary, and has the assets on this line and the next two lines.

3. The mutual funds listed in this item and the next six items are assets held by a testamentary trust established by ████████ of which I am the life beneficiary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _____ 5/9/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544